**Opinion issued September 23, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00663-CV

————————————

## IN RE JAMES WESTLY GROVES, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, James Westly Groves, has filed a petition for writ of mandamus contending that respondent, the Honorable James Lombardino, abused his

discretion in excluding the testimony of a psychologist as an expert witness at trial in the underlying proceeding.[1]

We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Higley, Bland, and Sharp.

---

[1] The underlying case is *In the Interest of A.F.G. and B.D.G*, Cause No. 2008-14866, in the 308th District Court of Harris County, Texas, the Honorable James Lombardino presiding.